ACCEPTED
01-14-00104-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/28/2015 4:16:34 PM
CHRISTOPHER PRINE
CLERK



**KEN PAXTON**

ATTORNEY GENERAL OF TEXAS

May 28, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/28/2015 4:16:34 PM

CHRISTOPHER A. PRINE
Clerk

Honorable Christopher A. Prine
Clerk of the Court
First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066
*Via E-filing*

      Re:    No. 01-14-00104-cv; White Lion Holdings, L.L.C. v. The State of Texas

Dear Mr. Prine:

      The State of Texas received Appellant's Motion for Panel Rehearing and Motion for Reconsideration *En Banc*, first filed on May 26, 2015. The State does not intend to respond to the Appellant's motions for rehearing and reconsideration unless the Court requests a response.

      Thank you for your attention to this matter.

                      Sincerely,

                      //s// Craig J. Pritzlaff
                      Craig J. Pritzlaff
                      Assistant Attorney General

cc via e-service:

      Jacqueline Lucci Smith, Attorney for Appellant, jls@luccismithlaw.com
      Joan Lucci Bain, Attorney for Appellant, jbain@bainandbainlaw.net